UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF:

H2O JET SKI LLC, as Owner of the
Yamaha Pleasure Watercraft (Hull ID#
YAMA3068A919) its engines, tackle,
appurtenances, equipment, *etc*., in a cause
for Exoneration from or Limitation of
Liability,

                                        Case No: 8:20-cv-664-WFJ-AAS

       Petitioner.

_____/

## O R D E R

The Court has been advised by **the Mediation Report (Dkt. 55)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on September 29, 2021.

                                              s/*William F. Jung*
                                         **WILLIAM F. JUNG**
                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record